1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00705-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 167 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-016-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 1199 PACIFIC HIGHWAY, UNIT 406, SAN DIEGO, CALIFORNIA, SAN DIEGO COUNTY, APN: 533-471-12-27, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 10940 FAIR OAKS BOULEVARD, FAIR OAKS, CALIFORNIA, SACRAMENTO COUNTY, APN: 244-0344-013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 2143 OUTRIGGER DRIVE, EL DORADO HILLS, CALIFORNIA, EL DORADO COUNTY, APN: 110-612-05-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 2 | |
| 3 | |
| 4 | |
| 5 | REAL PROPERTY LOCATED AT 8928 VOLUNTEER LANE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 078-0450-026-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 6 | |
| 7 | |
| 8 | REAL PROPERTY LOCATED AT 833 WEST SYCAMORE STREET, WILLOWS, CALIFORNIA, GLENN COUNTY, APN: 001-21-2-003-0, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 9 | |
| 10 | |
| 11 | |
| 12 | REAL PROPERTY LOCATED AT 7447 ANTELOPE ROAD, CITRUS HEIGHTS, CALIFORNIA, SACRAMENTO COUNTY, APN: 204-0202-014-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 13 | |
| 14 | |
| 15 | REAL PROPERTY LOCATED AT 10293 ROCKINGHAM DRIVE, RANCHO CORDOVA, CALIFORNIA, SACRAMENTO COUNTY, APN: 077-0050-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 16 | |
| 17 | |
| 18 | |
| 19 | REAL PROPERTY LOCATED AT 675 KULIKE ROAD, HAIKU, MAUI, HAWAII, MAUI COUNTY, TAX MAP KEY NO: (2) 2-8-04-072, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 20 | |
| 21 | |
| 22 | |
| 23 | REAL PROPERTY LOCATED AT 575 MENLO DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-283-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 24 | |
| 25 | |
| 26 | Defendants. |
| 27 | |
| 28 | |

1  The United States of America applies for an order of publication as follows:

2  1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

6  2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

8  3. The defendant real properties are located in the cities of: Lincoln, San Diego, Fair Oaks, El Dorado Hills, Sacramento, Willows, Citrus Heights, Rancho Cordova, and Rocklin; and in the counties of: Placer, San Diego, Sacramento, El Dorado, and Glenn in California.  One of the defendant real properties is located in the city of Maui, Maui County, Hawaii;

13  4.  The United States proposes that publication be made as follows:

14   a.   One publication;

15   b.   Thirty (30) consecutive days;

16   c.   On the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov);

18   d.   The publication is to include the following:

19    (1)   The Court and case number of the action;

20    (2)   The date of the seizure/posting;

21    (3)   The identity and/or description of the property seized/posted;

22    (4)   The name and address of the attorney for the United States;

23    (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and

27    (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

1  and served within 21 days after the filing of the claims and, in the absence thereof,
2  default may be entered and condemnation ordered.

3  Dated:   3/20/12                                  BENJAMIN B. WAGNER
                                                     United States Attorney
4

5
                                            By:   /s/ Kevin C. Khasigian
6                                                 KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney
7

8

9                                    **ORDER**

10         IT IS SO ORDERED.

11  DATED: March 23, 2012.

12

13  _____
    DALE A. DROZD
14  UNITED STATES MAGISTRATE JUDGE

15

16

17

18
    DDAD1\orders.civil
19  U.S.v.RealProperty0705.pub.ord.wpd

20

21

22

23

24

25

26

27

28

                                      4                    Application and Order for Publication