BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00705-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MAY 21, 2012 TO JULY 10, 2012; ORDER THEREON |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

## A.  **Introduction**

On March 20, 2012, the United States filed a civil forfeiture complaint against the following real properties:  149 G Street, Lincoln, California;  167 G Street, Lincoln, California; 1199 Pacific Highway, Unit 406, San Diego, California;  10940 Fair Oaks Blvd., Fair Oaks, California;  2143 Outrigger Drive, El Dorado Hills, California;  8928 Volunteer Lane, Sacramento, California;  833 West Sycamore Street, Willows, California;  7447 Antelope Road, Citrus Heights, California; 10293 Rockingham Drive, Rancho Cordova, California;  675 Kulike Road, Haiku, Maui, Hawaii; and 575 Menlo Drive, Rocklin, California.

Stipulation to Extend the Deadline
to Submit a Joint Status Report

1   On March 21, 2012, the Court issued an "Order Requiring Joint Status Report"

2   due within "sixty days of service of the complaint on any party." That deadline is

3   currently May 21, 2012.

4   On April 17, 2012, the United States file a Notice of Related Cases pursuant to

5   E.D. Local Rule 123, stating that this case was related to Case No. 2:12-CV-00706-

6   MCE-DAD because both civil forfeiture actions arise from the same law enforcement

7   investigation and thus involve substantially the same events, transactions, and

8   parties. Particularly, as described in the United States' Notice of Related Cases, both

9   cases allege that several individuals conspired to defraud the United Auburn Indian

10  Community out of millions of dollars by submitting inflated and false change order

11  invoices as part of a large commercial construction project. Both cases seek the

12  forfeiture of real properties purchased with fraud proceeds and/or funds involved in the

13  money laundering scheme.

14  On April 23, 2012, the Court issued a Related Case Order.

15  To date, several parties have filed claims and/or answers in the case, including

16  Mechanics Bank, U.S. Bank National Association,[1] and Standard Insurance

17  Company[2] (hereafter the "Claimants"). The claims and/or answers filed by the above

18  parties were filed within the applicable statutory deadlines governing *in rem* cases.

19  However, several parties, including record owners and lien holders, have requested

20  extensions to the applicable statutory deadline; the United States has granted each

21  request for additional time to file a claim and/or answer.

22  ///

23  ///

24

25

26  [1] The claim was filed by U.S. Bank National Association as Trustee for the Registered Holders of WAMU Commerical Mortgage Securities Trust 207-SL3, Commerical Mortgage Pass-Through Certificates, Series 2007-SL3. ECF No. 13.

27

28  [2] The claim was filed on behalf of five entities related to Standard Insurance Company. ECF No. 11.

Stipulation to Extend the Deadline
to Submit a Joint Status Report

## B. <u>Good Cause</u>

There is good cause to extend the deadline to file a joint status report in this case from May 21, 2012 to July 10, 2012.

To date, all known potential claimants to the defendant property have been served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  As detailed above, three parties have filed claims to the various real properties identified in the *in rem* complaint.  However, several other potential claimants, including record owners and lien holders, have requested additional time to file claims and answers given the allegations contained in the nearly two-hundred page affidavit.  The United States has granted each of parties' requests for extensions of time to review the affidavit and draft their claims and answers.

To date, the United States has diligently pursued its forfeiture case against the defendant properties and attempted to notice all known potential claimants as required by the Supplemental Rules governing forfeiture cases.  However, given the length and complexity of the affidavit, as well as the number of parties involved and/or potentially asserting an ownership or lien interest in the defendant properties, an extension of time to file claims is warranted.  Moreover, there is an ongoing criminal investigation into the fraud and money laundering schemes forming the basis of the *in rem* complaint.

The extension of time will allow the publication period to run, thus providing additional notice to potential claimants asserting an allegation of ownership.  It will further allow the United States and Claimants to contemplate expedited settlement agreements with those meeting the statutory criteria.  Additionally, the extension of time will allow all potential claimants to enter the case and jointly participate in drafting the Joint Status Report.

Whereas the United States provided notice of the forfeiture complaint to potential claimants but several parties have requested extensions of time to comply

1  with the statutory deadlines.  And whereas the extension of time will allow the

2  publication period to run and allow the United States and Claimants to contemplate

3  expedited settlement agreements with those meeting the statutory criteria.  And

4  whereas the extension of time will allow all potential claimants to enter the case and

5  jointly participate in drafting the Joint Status Report.  There is good cause to extend

6  the deadline to file a joint status report in this case from May 21, 2012 to July 10,

7  2012, or to extend the deadline to file a joint status report to a date the Court deems

8  acceptable.

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4

1

**C. Stipulation By Claimants**

2       Given their lack of involvement in granting extensions to potential claimants,

3 providing notice to potential claimants, and the criminal investigation, the Claimants

4 join this request only to the extent that they consent to the extension of the deadline to

5 file the joint status report.

6

7 Dated:  5/11/12                              BENJAMIN B. WAGNER
                                             United States Attorney

8

9                                        By:  /s/ Kevin C. Khasigian
10                                          KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney

11

12 Dated: 5/10/12                              /s/ John A. Graham
13                                         JOHN A. GRAHAM
                                       Attorney for Claimant Mechanics Bank
                                       (Authorized by email)

14

15

16 Dated: May 9, 2012                      /s/ Trung D. Tu
17                                         TRUNG D. TU
                                       Attorney for Claimant Standard
18                                        Insurance Company, Liberty Life
                                       Assurance Company of Boston, Liberty
19                                        Mutual Fire Insurance Company, Liberty
                                       Mutual Insurance Company and Peerless
20                                        Insurance Company

21

22 Dated: May 11, 2012                    /s/ Wesley Hurst
23                                         WESLEY HURST
                                       Attorney for Claimant U.S. Bank
24                                        National Association, as Trustee for the
                                       Registered Holders of WAMU
25                                        Commercial Mortgage Securities Trust
                                       2007-SL3
26 ///                                          (Signatures retained by attorney)

27 ///

28 ///

5

1

## <u>ORDER</u>

2      Pursuant to the United States' request and good cause appearing, the Court

3  makes the following order:

4      The deadline to file a joint status report in this case is extended from May 21,

5  2012 to July 10, 2012.

6

7      IT IS SO ORDERED.

8  Dated:  May 23, 2012

9                                        _____

10                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6
Stipulation to Extend the Deadline
to Submit a Joint Status Report