1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          2:12-CV-00705-MCE-DAD

12              Plaintiff,

13       v.                            STIPULATION TO EXTEND THE
                                       DEADLINE TO SUBMIT A JOINT
14  REAL PROPERTY LOCATED AT 149 G     STATUS REPORT FROM MAY 21,
    STREET, LINCOLN, CALIFORNIA,       2012 TO JULY 10, 2012; ORDER
15  PLACER COUNTY, APN: 008-266-015-000, THEREON
    INCLUDING ALL APPURTENANCES
16  AND IMPROVEMENTS THERETO, et al.,

17

18              Defendants.

19

20                      **A.  Introduction**

21       On March 20, 2012, the United States filed a civil forfeiture complaint against

22  the following real properties:  149 G Street, Lincoln, California;  167 G Street, Lincoln,

23  California; 1199 Pacific Highway, Unit 406, San Diego, California;  10940 Fair Oaks

24  Blvd., Fair Oaks, California;  2143 Outrigger Drive, El Dorado Hills, California;  8928

25  Volunteer Lane, Sacramento, California;  833 West Sycamore Street, Willows,

26  California;  7447 Antelope Road, Citrus Heights, California; 10293 Rockingham Drive,

27  Rancho Cordova, California;  675 Kulike Road, Haiku, Maui, Hawaii; and 575 Menlo

28  Drive, Rocklin, California.

                                   1

1    On March 21, 2012, the Court issued an "Order Requiring Joint Status Report"

2    due within "sixty days of service of the complaint on any party." That deadline is

3    currently May 21, 2012.

4    On April 17, 2012, the United States file a Notice of Related Cases pursuant to

5    E.D. Local Rule 123, stating that this case was related to Case No. 2:12-CV-00706-

6    MCE-DAD because both civil forfeiture actions arise from the same law enforcement

7    investigation and thus involve substantially the same events, transactions, and

8    parties. Particularly, as described in the United States' Notice of Related Cases, both

9    cases allege that several individuals conspired to defraud the United Auburn Indian

10   Community out of millions of dollars by submitting inflated and false change order

11   invoices as part of a large commercial construction project. Both cases seek the

12   forfeiture of real properties purchased with fraud proceeds and/or funds involved in the

13   money laundering scheme.

14   On April 23, 2012, the Court issued a Related Case Order.

15   To date, several parties have filed claims and/or answers in the case, including

16   Mechanics Bank, U.S. Bank National Association,[1] and Standard Insurance

17   Company[2] (hereafter the "Claimants"). The claims and/or answers filed by the above

18   parties were filed within the applicable statutory deadlines governing *in rem* cases.

19   However, several parties, including record owners and lien holders, have requested

20   extensions to the applicable statutory deadline; the United States has granted each

21   request for additional time to file a claim and/or answer.

22   ///

23   ///

24

25

26   [1]   The claim was filed by U.S. Bank National Association as Trustee for the Registered Holders of WAMU Commerical Mortgage Securities Trust 207-SL3, Commerical Mortgage Pass-Through Certificates, Series 2007-SL3. ECF No. 13.

27

28   [2]   The claim was filed on behalf of five entities related to Standard Insurance Company. ECF No. 11.

Stipulation to Extend the Deadline
to Submit a Joint Status Report

1

## B. <u>Good Cause</u>

2        There is good cause to extend the deadline to file a joint status report in this

3    case from May 21, 2012 to July 10, 2012.

4        To date, all known potential claimants to the defendant property have been

5    served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

6    (2002) and the applicable statutory authority.  As detailed above, three parties have

7    filed claims to the various real properties identified in the *in rem* complaint.  However,

8    several other potential claimants, including record owners and lien holders, have

9    requested additional time to file claims and answers given the allegations contained in

10   the nearly two-hundred page affidavit.  The United States has granted each of parties'

11   requests for extensions of time to review the affidavit and draft their claims and

12   answers.

13       To date, the United States has diligently pursued its forfeiture case against the

14   defendant properties and attempted to notice all known potential claimants as

15   required by the Supplemental Rules governing forfeiture cases.  However, given the

16   length and complexity of the affidavit, as well as the number of parties involved and/or

17   potentially asserting an ownership or lien interest in the defendant properties, an

18   extension of time to file claims is warranted.  Moreover, there is an ongoing criminal

19   investigation into the fraud and money laundering schemes forming the basis of the *in*

20   *rem* complaint.

21       The extension of time will allow the publication period to run, thus providing

22   additional notice to potential claimants asserting an allegation of ownership.  It will

23   further allow the United States and Claimants to contemplate expedited settlement

24   agreements with those meeting the statutory criteria.  Additionally, the extension of

25   time will allow all potential claimants to enter the case and jointly participate in

26   drafting the Joint Status Report.

27       Whereas the United States provided notice of the forfeiture complaint to

28   potential claimants but several parties have requested extensions of time to comply

1    with the statutory deadlines.  And whereas the extension of time will allow the

2    publication period to run and allow the United States and Claimants to contemplate

3    expedited settlement agreements with those meeting the statutory criteria.  And

4    whereas the extension of time will allow all potential claimants to enter the case and

5    jointly participate in drafting the Joint Status Report.  There is good cause to extend

6    the deadline to file a joint status report in this case from May 21, 2012 to July 10,

7    2012, or to extend the deadline to file a joint status report to a date the Court deems

8    acceptable.

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

Stipulation to Extend the Deadline
to Submit a Joint Status Report

## C.  Stipulation By Claimants

Given their lack of involvement in granting extensions to potential claimants, providing notice to potential claimants, and the criminal investigation, the Claimants join this request only to the extent that they consent to the extension of the deadline to file the joint status report.


Dated: 5/11/12                              BENJAMIN B. WAGNER
                                           United States Attorney

                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney


Dated: 5/10/12                             /s/ John A. Graham
                                           JOHN A. GRAHAM
                                           Attorney for Claimant Mechanics Bank
                                           (Authorized by email)



Dated: May 9, 2012                         /s/ Trung D. Tu
                                           TRUNG D. TU
                                           Attorney for Claimant Standard
                                           Insurance Company, Liberty Life
                                           Assurance Company of Boston, Liberty
                                           Mutual Fire Insurance Company, Liberty
                                           Mutual Insurance Company and Peerless
                                           Insurance Company


Dated: May 11, 2012                        /s/ Wesley Hurst
                                           WESLEY HURST
                                           Attorney for Claimant U.S. Bank
                                           National Association, as Trustee for the
                                           Registered Holders of WAMU
                                           Commercial Mortgage Securities Trust
                                           2007-SL3

///                                        (Signatures retained by attorney)

///

///

Stipulation to Extend the Deadline
to Submit a Joint Status Report

1

## <u>ORDER</u>

2      Pursuant to the United States' request and good cause appearing, the Court

3  makes the following order:

4      The deadline to file a joint status report in this case is extended from May 21,

5  2012 to July 10, 2012.

6

7      IT IS SO ORDERED.

8  Dated:  May 23, 2012

9

10                                            MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend the Deadline
to Submit a Joint Status Report