COURTNEY J. LINN (STATE BAR NO. 148855)
clinn@orrick.com
CAMERON L. DESMOND (STATE BAR NO. 268925)
cdesmond@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California 95814-4497
Telephone:   +1-916-447-9200
Facsimile:   +1-916-329-4900

Attorneys for Defendant
Bart Wayne Volen
Volen Properties, LLC
Volen Properties 4, LLC
Volen Properties 7, LLC
Volen Properties 8, LLC
Volen Properties 9, LLC
Volen Properties 10, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>REAL PROPERTY LOCATED AT 149 G. STREET, LINCOLN CALIFORNIA, PLACER COUNTY, APM: 008-266-015-000, *ET AL.*,<br><br>            Defendant. | Case No. 2:12-CV-00705-MCE-DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Date:        September 6, 2012<br>Time:        2:00 p.m.<br>Courtroom: 7<br>Judge:       Hon. Morrison C. England, Jr. |

1  Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen
2  Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, Volen Properties 10, LLC
3  (the "Volen Claimants") and the United States of America, through their respective counsel,
4  hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen
5  Claimants' Motion to Dismiss, currently set for August 9, 2012, be continued until September 6,
6  2012, due to the unavailability of the government's counsel during the months of June and July.

7  WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants
8  and the government hereby stipulate that the hearing on the Motion to Dismiss be continued from
9  August 9, 2012, to September 6, 2012.

10 DATED: June 18, 2012                          UNITED STATES ATTORNEY
                                                BENJAMIN B. WAGNER

                                                By: /s/ Kevin Khasigian
                                                    Kevin Khasigian
                                                    Assistant United States Attorney

15 DATED: June 18, 2012                          ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                                By: /s/ Courtney J. Linn
                                                    Courtney J. Linn
                                                    Attorney for Volen Claimants

20 **IT IS SO ORDERED.**

21 Dated: June 19, 2012

                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE

- 1 -

STIPULATION AND ORDER CONTINUING HEARING
ON MOTION TO DISMISS
12-CV-00705-MCE-DAD

OHSUSA:750913171.2