1  COURTNEY J. LINN (STATE BAR NO. 148855)
   clinn@orrick.com
2  CAMERON L. DESMOND (STATE BAR NO. 268925)
   cdesmond@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
4  Suite 3000
   Sacramento, California  95814-4497
5  Telephone:    +1-916-447-9200
   Facsimile:    +1-916-329-4900

7  Attorneys for Defendant
   Bart Wayne Volen
8  Volen Properties, LLC
   Volen Properties 4, LLC
9  Volen Properties 7, LLC
   Volen Properties 8, LLC
10 Volen Properties 9, LLC
   Volen Properties 10, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CV-00705-MCE-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| v. | |
| REAL PROPERTY LOCATED AT 149 G. STREET, LINCOLN CALIFORNIA, PLACER COUNTY, APM: 008-266-015-000, *ET AL.*, | Date:      September 6, 2012<br>Time:      2:00 p.m.<br>Courtroom: 7<br>Judge:     Hon. Morrison C. England, Jr. |
| Defendant. | |

OHSUSA:750913171.2

1  Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen
2  Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, Volen Properties 10, LLC
3  (the "Volen Claimants") and the United States of America, through their respective counsel,
4  hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen
5  Claimants' Motion to Dismiss, currently set for August 9, 2012, be continued until September 6,
6  2012, due to the unavailability of the government's counsel during the months of June and July.
7  WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants
8  and the government hereby stipulate that the hearing on the Motion to Dismiss be continued from
9  August 9, 2012, to September 6, 2012.

10 DATED: June 18, 2012                    UNITED STATES ATTORNEY
                                            BENJAMIN B. WAGNER

                                            By: /s/ Kevin Khasigian
                                                Kevin Khasigian
                                                Assistant United States Attorney

15 DATED: June 18, 2012                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                            By: /s/ Courtney J. Linn
                                                Courtney J. Linn
                                                Attorney for Volen Claimants

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE