BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | 2:12-CV-00705-MCE-DAD<br><br>STIPULATION TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JULY 10, 2012 TO JULY 20, 2012; ORDER THEREON |

IT IS HEREBY STIPULATED between the United States of America and claimants Bart Volen,[1] Mechanics Bank, U.S. Bank National Association,[2] Marcia

---

[1] Several Volen-related entities have also filed claims in this matter, including: Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC.

[2] The claim was filed by U.S. Bank National Association as Trustee for the Registered Holders of WAMU Commerical Mortgage Securities Trust 207-SL3, Commerical Mortgage Pass-Through Certificates, Series 2007-SL3. ECF No. 13.

1  Volen, and Standard Insurance Company[3]  (hereafter the "Claimants") that:

2      1.    This stipulation is executed by all parties who have appeared in and are
3  affected by this action.

4      2.    The Joint Status Report deadline currently set for July 10, 2012, with
5  the Court's approval, be continued to July 20, 2012 to allow the parties additional time
6  to achieve expedited settlements and to allow for the coordination of the proposed
7  litigation schedule.

Dated: 7/9/2012         BENJAMIN B. WAGNER
                        United States Attorney

                   By:  /s/ Kevin C. Khasigian
                        KEVIN C. KHASIGIAN
                        Assistant U.S. Attorney

Dated: 7/9/2012         /s/ John A. Graham
                        JOHN A. GRAHAM
                        Attorney for Claimant Mechanics Bank
                        (Telephone Authorization 7/9/2012)

Dated: 7/9/2012         /s/ Trung D. Tu
                        TRUNG D. TU
                        Attorney for Claimant Standard
                        Insurance Company, Liberty Life
                        Assurance Company of Boston, Liberty
                        Mutual Fire Insurance Company, Liberty
                        Mutual Insurance Company and Peerless
                        Insurance Company
                        (Telephone Authorization 7/9/2012)

Dated: 7/9/2012         /s/ David Ferguson
                        DAVID FERGUSON
                        Attorney for Claimant U.S. Bank

---

[3] The claim was filed on behalf of five entities related to Standard Insurance Company. See ECF No. 11.

National Association, as Trustee for the Registered Holders of WAMU Commercial Mortgage Securities Trust 2007-SL3

Dated: 7/9/2012                                    /s/ Courtney J. Linn
                                                   COURTNEY J. LINN
                                                   Attorney for Claimants Bart Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC
                                                   (Email Authorization 7/9/2012)

Dated: 7/9/2012                                    /s/ Ryan Carrere
                                                   RYAN CARRERE
                                                   Attorney for Claimant Marcia Volen
                                                   (Telephone Authorization 7/9/2012)

**ORDER**

IT IS SO ORDERED.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE