1  COURTNEY J. LINN (STATE BAR NO. 148855)
   clinn@orrick.com
2  CAMERON L. DESMOND (STATE BAR NO. 268925)
   cdesmond@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
4  Suite 3000
   Sacramento, California 95814-4497
5  Telephone:   +1-916-447-9200
   Facsimile:   +1-916-329-4900
6

7  Attorneys for Claimants
   Bart Wayne Volen
8  Volen Properties, LLC
   Volen Properties 4, LLC
9  Volen Properties 7, LLC
   Volen Properties 8, LLC
10 Volen Properties 9, LLC
   Volen Properties 10, LLC
11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

| 15 | UNITED STATES OF AMERICA, | Case No. 2:12-CV-00705-MCE-DAD |
|---|---|---|
| 16 | Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| 17 | v. | |
| 18 | REAL PROPERTY LOCATED AT 149 G. STREET, LINCOLN CALIFORNIA, PLACER COUNTY, APM: 008-266-015-000, *ET AL.*, | Date:      October 4, 2012<br>Time:      2:00 p.m.<br>Courtroom: 7<br>Judge:     Hon. Morrison C. England, Jr. |
| 19 | | |
| 20 | Defendants. | |

OHSUSA:751092030.1

1   Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants") and the United States of America, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for September 6, 2012, be continued until October 4, 2012, due to the unavailability of Claimants' counsel during the month of September.[1]

WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants and the Government hereby stipulate that the hearing on the Motion to Dismiss be continued from September 6, 2012, to October 4, 2012.

DATED:  August 6, 2012         UNITED STATES ATTORNEY
                               BENJAMIN B. WAGNER


                               By:  /s/ Kevin Khasigian
                                    Kevin Khasigian
                                    Assistant United States Attorney


DATED:  August 6, 2012         ORRICK, HERRINGTON & SUTCLIFFE, LLP


                               By:  /s/ Courtney J. Linn
                                    Courtney J. Linn
                                    Attorney for Volen Claimants

**IT IS SO ORDERED.**

Dated:  August 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Volen Claimants' counsel will be at hearing before the California Public Utilities Commission from approximately September 5, 2012, through September 19, 2012.

- 1 -   STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS
        12-CV-00705-MCE-DAD

OHSUSA:751092030.1