BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>   Defendants. | 2:12-CV-00705-MCE-DAD<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS |

The United States of America and Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants"), through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for October 4, 2012, be continued until November 1, 2012, due to the unavailability of government counsel during the first two weeks of October.

///

///

1  WHEREFORE, based on the foregoing, and for good cause shown, the United
2 States and the Volen Claimants hereby stipulate that the hearing on the Motion to
3 Dismiss be continued from October 4, 2012, to November 1, 2012.

5  Dated: 8/28/12                             BENJAMIN B. WAGNER
                                              United States Attorney

7                                       By:   /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
8                                             Assistant U.S. Attorney

10                                            ORRICK, HERRINGTON &
                                              SUTCLIFFE, LLP

13  Dated: 8/28/12                             /s/ Courtney J. Linn
                                              COURTNEY J. LINN
                                              Attorney for Volen Claimants

                                              (Authorized by email 8/28/2012)

## ORDER

18  IT IS SO ORDERED.

19  Dated: August 30, 2012

                                              MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE