1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:12-CV-00705-MCE-DAD

12              Plaintiff,

13     v.                                 STIPULATION AND ORDER
                                          CONTINUING HEARING ON
14 REAL PROPERTY LOCATED AT 149 G         MOTION TO DISMISS
   STREET, LINCOLN, CALIFORNIA,
15 PLACER COUNTY, APN: 008-266-015-000,
   INCLUDING ALL APPURTENANCES
16 AND IMPROVEMENTS THERETO, et al.,

17

18              Defendants.

19

20      The United States of America and Claimants Bart Wayne Volen, Volen

21 Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8,

22 LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants"),

23 through their respective counsel, hereby stipulate, and respectfully request that the

24 Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently

25 set for October 4, 2012, be continued until November 1, 2012, due to the unavailability

26 of government counsel during the first two weeks of October.

27 ///

28 ///

                                       1

WHEREFORE, based on the foregoing, and for good cause shown, the United States and the Volen Claimants hereby stipulate that the hearing on the Motion to Dismiss be continued from October 4, 2012, to November 1, 2012.


Dated: 8/28/12                                    BENJAMIN B. WAGNER
                                                 United States Attorney


                                      By:   /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney


                                            ORRICK, HERRINGTON &
                                            SUTCLIFFE, LLP


Dated: 8/28/12                                   /s/ Courtney J. Linn
                                            COURTNEY J. LINN
                                            Attorney for Volen Claimants

                                            (Authorized by email 8/28/2012)


## ORDER


IT IS SO ORDERED.

Dated:  August 30, 2012


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order Continuing
Hearing on Motion to Dismiss