COURTNEY J. LINN (STATE BAR NO. 148855)
clinn@orrick.com
CAMERON L. DESMOND (STATE BAR NO. 268925)
cdesmond@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, California  95814-4497
Telephone:     +1-916-447-9200
Facsimile:      +1-916-329-4900

Attorneys for Claimants
Bart Wayne Volen
Volen Properties, LLC
Volen Properties 4, LLC
Volen Properties 7, LLC
Volen Properties 8, LLC
Volen Properties 9, LLC
Volen Properties 10, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>REAL PROPERTY LOCATED AT 149 G. STREET, LINCOLN CALIFORNIA, PLACER COUNTY, APM: 008-266-015-000, *ET AL.*,<br><br>                  Defendant. | Case No. 2:12-CV-00705-MCE-DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>Date:        February 7, 2013<br>Time:        2:00 p.m.<br>Courtroom: 7<br>Judge:       Hon. Morrison C. England, Jr. |

Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, Volen Properties 10, LLC (the "Volen Claimants") and the United States of America, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for November 1, 2012, be continued until February 7, 2013, due to the United States' pending motion to stay.

WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants and the United States hereby stipulate that the hearing on the Motion to Dismiss be continued from November 1, 2012, to February 7, 2013.

DATED:  October 10, 2012              UNITED STATES ATTORNEY
                                      BENJAMIN B. WAGNER


                                      By:  /s/ Kevin Khasigian
                                           Kevin Khasigian
                                           Assistant United States Attorney


DATED:  October 10, 2012              ORRICK, HERRINGTON & SUTCLIFFE, LLP


                                      By:  /s/ Courtney J. Linn
                                           Courtney J. Linn
                                           Attorney for Volen Claimants

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS HEARBY ORDERED that the hearing on the Volen Claimants' Motion to Dismiss, currently set for November 1, 2012, be continued until February 7, 2013 at 2:00 p.m.

Dated:  October 16, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE