1  JEFFER MANGELS BUTLER & MITCHELL LLP
   JOHN A. GRAHAM (Bar No. 71017), jag@jmbm.com
2  ROBERT B. KAPLAN, P.C. (Bar No. 76950), rbk@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:    (310) 203-8080
4  Facsimile:     (310) 203-0567

5  Attorneys for Mechanics Bank

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.  2:12-cv-00705-MCE-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR CONTINUANCE ON HEARINGS:** |
| v. | **ON THE UNITED STATES' MOTION TO STAY FORFEITURE** |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | **ON MECHANICS BANK'S MOTION FOR SUMMARY JUDGMENT** |
| | Eastern District Local Rule 230(f)] |
| REAL PROPERTY LOCATED AT 167 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-016-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | <u>Currently Scheduled Hearings:</u> |
| | Date:   November 29, 2012<br>Time:   2:00 p.m. |
| REAL PROPERTY LOCATED AT 1199 PACIFIC HIGHWAY, UNIT 406, SAN DIEGO, CALIFORNIA, APN: 533-471-12-27,  INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | Date:   December 13, 2012<br>Time:   2:00 p.m. |
| | Place:   501 "I" Street<br>            Courtroom 7<br>            Sacramento, California |
| REAL PROPERTY LOCATED AT 10940 FAIR OAKS BOULEVARD, FAIR OAKS, CALIFORNIA, SACRAMENTO COUNTY, APN: 244-0344-013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | Judge:   Hon. Morrison C. England, Jr. |
| REAL PROPERTY LOCATED AT 2143 OUTRIGGER DRIVE. EL | |

SF 1413034v3

REQUEST TO CONTINUE HEARING OF MOTION TO STAY PROCEEDINGS

1  DORADO HILLS, CALIFORNIA, EL DORADO COUNTY, APN: 110-612-05-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

4  REAL PROPERTY LOCATED AT 8928 VOLUNTEER LANE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 078-0450-026-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

8  REAL PROPERTY LOCATED AT 833 WEST SYCAMORE STREET, WILLOWS, CALIFORNIA, GLENN COUNTY, APN: 001-21-2-003-0, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

11  REAL PROPERTY LOCATED AT 7447 ANTELOPE ROAD, CITRUS HEIGHTS, CALIFORNIA, SACRAMENTO COUNTY, APN: 204-0202-014-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

15  REAL PROPERTY LOCATED AT 10293 ROCKINGHAM DRIVE, RANCHO CORDOVA, CALIFORNIA, SACRAMENTO COUNTY, APN: 077-0050-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

18  REAL PROPERTY LOCATED AT 675 KULIKE ROAD, HAIKU, MAUI, HAWAII, MAUI COUNTY, TAX MAP KEY NO: (2) 2-8-04-072, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; and

22  REAL PROPERTY LOCATED AT 575 MENLO DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-283-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

25  Defendants.

**TO: THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA, AND ALL CLAIMANTS AND THEIR COUNSEL OF RECORD:**

In accordance with Eastern District Local Rule 230(f), the Plaintiff, United States of America (the "Government"), and Claimant, Mechanics Bank (the "Bank") hereby respectfully request that the Court continue the hearings currently set for **November 29, 2012, at 2:00 p.m.,** on the Motion to Stay Forfeiture Proceedings Pursuant to 18 U.S.C. § 981(g)(1) (the "Stay Motion") filed by the Government, and Mechanics Bank's Motion for Summary Judgment currently set for hearing on **December 13, 2012**. **The parties to this stipulation request that both hearings be set on January 24, 2012.** The parties request this continuance based on the following reasons:

The Bank opposes the Stay Motion and filed a timely opposition (the "Stay Opposition") on November 15, 2012 (docket No. 71). Many of the arguments in the Stay Opposition overlap with the arguments in the Bank's Motion for Summary Judgment (the "Summary Judgment Motion") filed in the above-entitled case on November 14, 2012 (docket No. 68). The Summary Judgment Motion is currently set for hearing on December 13, 2012 and it would be more efficient, saving resources of both the Court and the parties, to hear the Stay Motion in conjunction with the Summary Judgment Motion.

The Bank's two attorneys, who have handled the case from the very beginning, Robert B. Kaplan and John A. Graham, both have irreconcilable conflicts that prevent them from attending the hearing on November 29, 2012.

Mr. Kaplan has prepaid airline tickets to fly to New York the morning of November 29th to visit his 88-year-old mother. Mr. Kaplan arranged and prepaid his airfare for this trip well before the Government filed its Stay Motion setting the hearing for November 29th. Additionally, Mr. Graham has a scheduled trial before the Honorable Charles Novack, United States Bankruptcy Judge for the Northern District of California, in San Jose, California on November 29th, which precludes his appearance on the currently set hearing on the Stay Motion. This trial/evidentiary hearing on the confirmation of a chapter 11 reorganization plan was scheduled by Judge Novack on August 30, 2012. Because the trial is on a contested chapter 11 reorganization plan, numerous

attorneys, parties in interest, client representatives, and witnesses are scheduled to participate in the trial, and counsel is certain the trial cannot be rescheduled.

There will be no prejudice to parties to this stipulation or any other claimant by allowing this continuance because the Stay Motion is based on 18 U.S.C. section 981(g)(1) which permits a stay of civil forfeiture actions, such as this case, when discovery would interfere with a related criminal investigation or prosecution.  The Bank is not conducting any discovery in this case and no other party has filed an opposition to the Stay Motion.  In fact, Bart Volen, the claimant-owner of the Defendant real properties and a criminal defendant in the related criminal proceeding, filed a Statement of Non-Opposition to the Stay Motion on November 15, 2012 (docket No. 70). With no pending discovery and all parties content not to conduct discovery in the near future, there is no immediate threat to the related criminal proceeding that demands the Court resolve the Stay Motion on the currently set hearing and no reason why the hearing cannot be continued for a mere two weeks.

The Government has requested that the hearing be set later in January 2013 so as not to interfere with certain holiday vacation plans.

Wherefore, the Government and the Bank request that the hearings be continued to January 24, 2012.

Dated: November 19, 2012          JEFFER MANGELS BUTLER & MITCHELL LLP
                                  ROBERT B. KAPLAN, P.C.
                                  JOHN A. GRAHAM


                                  By: /s/ John A. Graham
                                  　　　　　JOHN A. GRAHAM
                                  Attorneys for MECHANICS BANK


Dated: November 19, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Kevin C. Khasigian
                                  　　　　　KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

2　　REQUEST TO CONTINUE HEARING OF MOTION TO STAY PROCEEDINGS

**ORDER**

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. The hearing currently set for November 29, 2012, at 2:00 p.m., on the Motion to Stay Forfeiture Proceedings is CONTINUED to January 24, 2013; and

2. The hearing currently set for December 13, 2012, on Defendant Mechanics Bank's Motion for Summary Judgment is CONTINUED to January 24, 2013.

**IT IS SO ORDERED.**

Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
CHIEF UNITED STATES DISTRICT JUDGE