1 | JEFFER MANGELS BUTLER & MITCHELL LLP
JOHN A. GRAHAM (Bar No. 71017), jag@jmbm.com
2 | ROBERT B. KAPLAN, P.C. (Bar No. 76950), rbk@jmbm.com
1900 Avenue of the Stars, Seventh Floor
3 | Los Angeles, California  90067-4308
Telephone:    (310) 203-8080
4 | Facsimile:     (310) 203-0567

5 | Attorneys for Mechanics Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:12-cv-00705-MCE-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST TO RESCHEDULE HEARINGS ON: (1) THE UNITED STATES' MOTION TO STAY FORFEITURE; AND (2) MECHANICS BANK'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | Eastern District Local Rule 230(f)] |
| | <u>Currently Scheduled Hearings:</u> |
| REAL PROPERTY LOCATED AT 167 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-016-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | Date:   January 24, 2013
Time:   2:00 p.m.
Place:  501 "I" Street
           Courtroom 7
           Sacramento, California |
| REAL PROPERTY LOCATED AT 1199 PACIFIC HIGHWAY, UNIT 406, SAN DIEGO, CALIFORNIA, APN: 533-471-12-27,  INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | Judge:  Hon. Morrison C. England, Jr. |
| REAL PROPERTY LOCATED AT 10940 FAIR OAKS BOULEVARD, FAIR OAKS, CALIFORNIA, SACRAMENTO COUNTY, APN: 244-0344-013-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; | |
| REAL PROPERTY LOCATED AT 2143 OUTRIGGER DRIVE. EL | |

LA 9148140v1

Request to Reschedule Hearings

1. DORADO HILLS, CALIFORNIA, EL DORADO COUNTY, APN: 110-612-05-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

REAL PROPERTY LOCATED AT 8928 VOLUNTEER LANE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 078-0450-026-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

REAL PROPERTY LOCATED AT 833 WEST SYCAMORE STREET, WILLOWS, CALIFORNIA, GLENN COUNTY, APN: 001-21-2-003-0, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

REAL PROPERTY LOCATED AT 7447 ANTELOPE ROAD, CITRUS HEIGHTS, CALIFORNIA, SACRAMENTO COUNTY, APN: 204-0202-014-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

REAL PROPERTY LOCATED AT 10293 ROCKINGHAM DRIVE, RANCHO CORDOVA, CALIFORNIA, SACRAMENTO COUNTY, APN: 077-0050-044-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO;

REAL PROPERTY LOCATED AT 675 KULIKE ROAD, HAIKU, MAUI, HAWAII, MAUI COUNTY, TAX MAP KEY NO: (2) 2-8-04-072, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO; and

REAL PROPERTY LOCATED AT 575 MENLO DRIVE, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 017-283-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

PRINTED ON RECYCLED PAPER
LA 9148140v1

**TO: THE HONORABLE MORRISON C. ENGLAND, JR., UNITED STATES JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA, AND ALL CLAIMANTS AND THEIR COUNSEL OF RECORD:**

In accordance with Eastern District Local Rule 230(f), the Plaintiff, United States of America (the "Government"), and Claimant, Mechanics Bank (the "Bank") (together, the "Parties") hereby respectfully request that the Court reschedule the hearings currently set for **January 24, 2013, at 2:00 p.m.,** on (1) the Motion to Stay Forfeiture Proceedings Pursuant to 18 U.S.C. § 981(g)(1) filed by the Government; and (2) Mechanics Bank's Motion for Summary Judgment (together, the "Hearings"). **The Parties to this stipulation request that the Hearings be set for January 31, 2013.** The Parties request this continuance based on the following reason:

The Court graciously granted the Parties' previous request to continue the Hearings to January 24, 2013. At the time the Parties made that request, the Bank's attorney, John A. Graham, believed that an oral argument scheduled in another matter pending before the United States Sixth Circuit Court of Appeals in Cincinnati, Ohio, on January 24, 2013, in which he is attorney of record for Appellant, was being continued pursuant to the Appellants' request to the Sixth Circuit to continue that oral argument (where there was no opposition by the Appellee to the continuance). However, the Sixth Circuit has denied that request by its Order entered on November 27, 2012 , and therefore, Mr. Graham must be in Cincinnati on January 24, 2013 to represent his client at the oral argument. A copy of the Sixth Circuit's Order denying Appellants' motion to reschedule oral argument is attached hereto as Exhibit A.

Accordingly, the Parties have mutually agreed to a date for the Hearings of January 31, 2013.

There will be no prejudice to Parties to this stipulation or any other claimant by allowing this rescheduling of the Hearings.

WHEREFORE, the Government and the Bank request that the Hearings be continued to **January 31, 2013**.

1  Dated: November 27, 2012                JEFFER MANGELS BUTLER & MITCHELL LLP
                                           ROBERT B. KAPLAN, P.C.
2                                          JOHN A. GRAHAM

3
                                           By: /s/ John A. Graham
4                                                   JOHN A. GRAHAM
                                            Attorneys for MECHANICS BANK
5

6  Dated: November 27, 2012                BENJAMIN B. WAGNER
                                           United States Attorney
7

8                                          By: /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
9                                          Assistant U.S. Attorney

       Because the Parties' requested date of **January 31, 2013**, is not available, the Court

hereby continues the hearings to **February 7, 2013**.

   **IT IS SO ORDERED.**


Dated:  December 4, 2012

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE