1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00705-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States of America and Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants"), through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for February 7, 2013, be continued to April 18, 2013, due to the United States' pending motion to stay.

WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants and the United States hereby stipulate that the hearing on the Motion to

1  Dismiss be continued from February 7, 2013 to April 18, 2013.

2

3

4  Dated: 1/7/13                                   BENJAMIN B. WAGNER
                                                   United States Attorney
5

6                                         By:   /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
7                                                Assistant U.S. Attorney

8

9                                                ORRICK, HERRINGTON &
                                                 SUTCLIFFE, LLP
10

11
     Dated:  1/7/13                               /s/ Courtney J. Linn
12                                                COURTNEY J. LINN
                                                  Attorney for Volen Claimants
13
                                                  (Authorized via email on 1/7/2013)
14

15
                                        **ORDER**
16

17       IT IS SO ORDERED.

18
      Dated:  January 15, 2013
19

20                                         _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
21                                         UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28