BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | 2:12-CV-00705-MCE-DAD<br><br>STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS |

The United States of America and Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants"), through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for February 7, 2013, be continued to April 18, 2013, due to the United States' pending motion to stay.

WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants and the United States hereby stipulate that the hearing on the Motion to

Dismiss be continued from February 7, 2013 to April 18, 2013.

Dated: 1/7/13                                             BENJAMIN B. WAGNER
                                                          United States Attorney

                                                   By:    /s/ Kevin C. Khasigian
                                                          KEVIN C. KHASIGIAN
                                                          Assistant U.S. Attorney


                                                          ORRICK, HERRINGTON &
                                                          SUTCLIFFE, LLP


Dated:  1/7/13                                             /s/ Courtney J. Linn
                                                          COURTNEY J. LINN
                                                          Attorney for Volen Claimants

                                                          (Authorized via email on 1/7/2013)


**ORDER**

    IT IS SO ORDERED.

  Dated:  January 15, 2013

                                                          _____
                                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                          UNITED STATES DISTRICT JUDGE