1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00705-MCE-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States of America and Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants"), through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for April 18, 2013, be continued pending a decision on the United States' motion to stay.

WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants and the United States hereby stipulate that the hearing on the Motion to

1

1  Dismiss be continued from April 18, 2013, until a decision has been made on the
2  United States' motion to stay.
3
4  Dated: 3/22/13                                     BENJAMIN B. WAGNER
                                                      United States Attorney
5
6                                            By:    /s/ Kevin C. Khasigian
                                                      KEVIN C. KHASIGIAN
7                                                     Assistant U.S. Attorney
8
                                                      ORRICK, HERRINGTON &
9                                                     SUTCLIFFE, LLP
10
11  Dated: 3/22/13                                    /s/ Courtney J. Linn
                                                      COURTNEY J. LINN
12                                                    Attorney for Volen Claimants
                                                      (Authorized by email)
13
14
15                             **ORDER**
16
        IT IS SO ORDERED.
17
18   Date:  March 26, 2013
19
20                               _____
21                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                 UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28