BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00705-MCE-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States of America and Claimants Bart Wayne Volen, Volen Properties, LLC, Volen Properties 4, LLC, Volen Properties 7, LLC, Volen Properties 8, LLC, Volen Properties 9, LLC, and Volen Properties 10, LLC (the "Volen Claimants"), through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Volen Claimants' Motion to Dismiss, currently set for April 18, 2013, be continued pending a decision on the United States' motion to stay.

WHEREFORE, based on the foregoing, and for good cause shown, the Volen Claimants and the United States hereby stipulate that the hearing on the Motion to

1

Dismiss be continued from April 18, 2013, until a decision has been made on the United States' motion to stay.

Dated: 3/22/13

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

ORRICK, HERRINGTON & SUTCLIFFE, LLP

Dated: 3/22/13

/s/ Courtney J. Linn
COURTNEY J. LINN
Attorney for Volen Claimants
(Authorized by email)

**ORDER**

IT IS SO ORDERED.

Date:  March 26, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE