BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>　　　　Defendants. | 2:12-CV-00705-TLN-DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY LOCATED AT 2143 OUTRIGGER DRIVE, EL DORADO HILLS, CALIFORNIA; CERTIFICATE OF REASONABLE CAUSE |

　　　　It is hereby stipulated by and between the United States of America and claimants Mechanics Bank and Bart Volen, by and through their respective counsel of record (the "Stipulation"), as follows:

　　　　1.　　The real property located at 2143 Outrigger Drive, El Dorado Hills, California, El Dorado County, APN: 110-612-05-100 ("Outrigger Property") is a named defendant in the above entitled action.

　　　　2.　　The only parties who have filed claims to the Outrigger Property are Mechanics Bank and Bart Volen.

　　　　3.　　The parties to this Stipulation agree that defendant Outrigger Property shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Stipulation and Order for Dismissal

1      4.      Each of the parties to this Stipulation shall bear their own attorneys fees and
2 costs that were incurred with respect to the commencement, prosecution and defense of this
3 litigation that were specifically applicable to the Outrigger Property.
4      5.      For purposes of effectuating this stipulation and dismissal, the parties do not
5 contest there was probable cause for the posting of the defendant Outrigger Property, and for the
6 commencement and prosecution of this forfeiture action against the defendant Outrigger Property,
7 and further agree that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C.
8 § 2465, with respect to the defendant Outrigger Property only.
9      6.      The United States shall withdraw its Notice of Lis Pendens recorded against
10 defendant Outrigger Property, and the United States shall execute and record such documents as are
11 reasonably necessary to remove the cloud on title caused by the recording of the Lis Pendens
12 against defendant Outrigger Property within seven days after the date of entry of this Order.
13      7.      This Stipulation applies only to the defendant Outrigger Property and does
14 not apply to any other defendant properties.

Dated: May 31, 2013                           BENJAMIN B. WAGNER
                                              United States Attorney

                                         By:  /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney

Dated: May 30, 2013
                                              /s/ Robert B. Kaplan
                                              ROBERT B. KAPLAN
                                              Attorney for Mechanics Bank
                                              (As authorized via email 5/30/13)

Dated: May 31, 2013
                                              /s/ Courtney J. Linn
                                              COURTNEY J. LINN
                                              Attorney for Bart Volen
                                              (As authorized via email 5/31/13)

**ORDER DISMISSING CASE WITH PREJUDICE AGAINST DEFENDANT OUTRIGGER PROPERTY AND CERTIFICATE OF REASONABLE CAUSE**

It is hereby **ORDERED**:

The Stipulation is approved in its entirety.

The Complaint is dismissed with prejudice as to the defendant, Outrigger Property.

And, based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 20, 2012, and the Stipulation for Dismissal With Prejudice filed herewith, it is further

**ORDERED** that this Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for: (1) the posting of the defendant Outrigger Property located at 2143 Outrigger Drive, El Dorado Hills, California, El Dorado County, APN: 110-612-05-100, and (2) the commencement and prosecution of this forfeiture action against the defendant Outrigger Property.

**IT IS FURTHER ORDERED** that the United States shall withdraw its Notice of Lis Pendens recorded against defendant Outrigger Property, and the United States shall execute and record such documents as are reasonably necessary to remove the cloud on title caused by the recording of the Lis Pendens against defendant Outrigger Property within seven days after the date of entry of this Order.

DATED: June 3, 2013

Troy L. Nunley
United States District Judge