1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
5
   Attorneys for the United States
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00705-TLN-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOR REAL PROPERTY LOCATED AT 8928 VOLUNTEER LANE, SACRAMENTO, CALIFORNIA;  CERTIFICATE OF REASONABLE CAUSE |
| v. | |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants Mechanics Bank and Volen Properties 10, LLC, by and through their respective counsel of record (the "Stipulation"), as follows:

1.  The real property located located at 8928 Volunteer Lane Sacramento, California, APN:  078-0450-026-0000 ("Volunteer Property") is a named defendant in the above entitled action.

2.  The only parties who have filed claims to the Volunteer Property are Mechanics Bank and Volen Properties 10, LLC.

3.  The parties to this Stipulation agree that defendant Volunteer Property shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Stipulation and Order for Dismissal

4.    Each of the parties to this Stipulation shall bear their own attorneys fees and costs that were incurred with respect to the commencement, prosecution and defense of this litigation that were specifically applicable to the Volunteer Property.

5.    For purposes of effectuating this stipulation and dismissal, the parties do not contest there was probable cause for the posting of the defendant Volunteer Property, and for the commencement and prosecution of this forfeiture action against the defendant Volunteer Property, and further agree that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, with respect to the defendant Volunteer Property only.

6.    The United States shall withdraw its Notice of Lis Pendens recorded against defendant Volunteer Property, and the United States shall execute and record such documents as are reasonably necessary to remove the cloud on title caused by the recording of the Lis Pendens against defendant Volunteer Property within seven days after the date of entry of this Order.

7.    This Stipulation applies only to the defendant Volunteer Property and does not apply to any other defendant properties.

8.    That certain Stipulation and Order for Approval of State Court Receiver Sale of Real Property located at 8928 Volunteer Lane, Sacramento, California ("Sale Stipulation") previously filed in the above-entitled action on January 18, 2013 shall be without further force and effect and the United States of America acknowledges that it shall have no further interest in the sale of the Volunteer Lane Property by John Connolly IV, the state court receiver appointed in that certain action entitled <u>Mechanics Bank, etc., v. Volen Properties 10, LLC, etc., et al.</u>, Sacramento County Superior Court Case No. 34-2012-00128930.

Dated: June 5, 2013                                            BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                            By:   <u>/s/ Kevin C. Khasigian</u>
                                                                        KEVIN C. KHASIGIAN
                                                                        Assistant U.S. Attorney

Dated: June 4, 2013

/s/ Robert B. Kaplan
ROBERT B. KAPLAN
Attorney for Mechanics Bank

Dated: June 5, 2013

/s/ Courtney J. Linn
COURTNEY J. LINN
Attorney for Volen Properties 10, LLC

(Signatures authorized by email)

**ORDER DISMISSING CASE WITH PREJUDICE AGAINST DEFENDANT VOLUNTEER PROPERTY AND CERTIFICATE OF REASONABLE CAUSE**

It is hereby **ORDERED:**

The Stipulation is approved in its entirety.

The Complaint is dismissed with prejudice as to the defendant, Volunteer Property.

And, based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 20, 2012, and the Stipulation for Dismissal With Prejudice filed herewith, it is further

**ORDERED** that this Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for: (1) the posting of the defendant Volunteer Property located at 8928 Volunteer Lane Sacramento, California, APN: 078-0450-026-0000, and (2) the commencement and prosecution of this forfeiture action against the defendant Volunteer Property.

**IT IS FURTHER ORDERED** that certain Stipulation and Order for Approval of State Court Receiver Sale of Real Property located at 8928 Volunteer Lane, Sacramento, California ("Sale Stipulation") previously filed in the above-entitled action on January 18, 2013 shall be without further force or effect and the United States of America acknowledges that it shall have no further interest in the sale of the Volunteer Lane Property by John Connolly IV, the state court receiver appointed in that certain action entitled <u>Mechanics Bank, etc., v. Volen Properties 10, LLC, etc., et al.</u>, Sacramento County Superior Court Case No. 34-2012-00128930.

**IT IS FURTHER ORDERED** that the United States shall withdraw its Notice of Lis Pendens recorded against defendant Volunteer Property, and the United States shall execute and record such documents as are reasonably necessary to remove the cloud on title caused by the recording of the Lis Pendens against defendant Volunteer Property within seven days after the date of entry of this Order.

DATED: June 6, 2013

_____
Troy L. Nunley
United States District Judge