1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5
Attorneys for the United States
6

7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA | 2:12-CV-00705-TLN-DAD |
| 12  Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF REAL PROPERTY LOCATED AT 7447 ANTELOPE ROAD, CITRUS HEIGHTS, CALIFORNIA; CERTIFICATE OF REASONABLE CAUSE |
| 13  v. | |
| 14  REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| 15 | |
| 16 | |
| 17  Defendants. | |

18

19          It is hereby stipulated by and between the United States of America and claimants

20 Standard Insurance Company, Liberty Life Assurance Company of Boston, Liberty Mutual Fire

21 Insurance Company, Liberty Mutual Insurance Company and Peerless Insurance Company

22 (hereinafter collectively, the "Standard Lienholders") and Volen Properties 8, LLC, by and through

23 their respective counsel of record (the "Stipulation"), as follows:

24          1.      The real property located at 7447 Antelope Road, Citrus Heights, California,

25 Sacramento County, APN: 204-0202-014-0000 ("Antelope Property") is a named defendant in the

26 above entitled action.

27          2.      The only parties who have filed claims to the Antelope Property are the

28 Standard Lienholders and Volen Properties 8, LLC, through its manager Bart Volen.

1	3.	The parties to this Stipulation agree that defendant Antelope Property shall be
2	dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
3	4.	Each of the parties to this Stipulation shall bear their own attorneys fees and
4	costs that were incurred with respect to the commencement, prosecution and defense of this
5	litigation that were specifically applicable to the Antelope Property.
6	5.	For purposes of effectuating this stipulation and dismissal, the parties do not
7	contest there was probable cause for the posting of the defendant Antelope Property, and for the
8	commencement and prosecution of this forfeiture action against the defendant Antelope Property,
9	and further agree that the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C.
10	§ 2465, with respect to the defendant Antelope Property only.
11	6.	The United States shall withdraw its Notice of Lis Pendens recorded against
12	defendant Antelope Property, and the United States shall execute and record such documents as are
13	reasonably necessary to remove the cloud on title caused by the recording of the Lis Pendens
14	against defendant Antelope Property within seven days after the date of entry of this Order.
15	7.	This Stipulation applies only to the defendant Antelope Property and does not
16	apply to any other defendant properties.

Dated: 8/20/13

BENJAMIN B. WAGNER
United States Attorney

By:	/s/ Kevin C. Khasigian
	KEVIN C. KHASIGIAN
	Assistant U.S. Attorney

Dated: 8/19/13

/s/ Barry L. Groce
BARRY L. GROCE
Attorney for Standard Lienholders

Dated: 8/12/13

/s/ Courtney J. Linn
COURTNEY J. LINN
Attorney for Volen Properties 8, LLC

Signatures authorized by email

# ORDER DISMISSING CASE WITH PREJUDICE AGAINST DEFENDANT ANTELOPE PROPERTY AND CERTIFICATE OF REASONABLE CAUSE

It is hereby **ORDERED:**

The Stipulation is approved in its entirety.

The Complaint is dismissed with prejudice as to the defendant Antelope Property.

And, based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 20, 2012, and the Stipulation for Dismissal With Prejudice filed herewith, it is further

**ORDERED** that this Court enters a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for: (1) the posting of the defendant Antelope Property located at 7447 Antelope Road, Citrus Heights, California, Sacramento County, APN: 204-0202-014-0000, and (2) the commencement and prosecution of this forfeiture action against the defendant Antelope Property.

**IT IS FURTHER ORDERED** that the United States shall withdraw its Notice of Lis Pendens recorded against defendant Antelope Property, and the United States shall execute and record such documents as are reasonably necessary to remove the cloud on title caused by the recording of the Lis Pendens against defendant Antelope Property within seven days after the date of entry of this Order.

DATED: August 20, 2013

_____
Troy L. Nunley
United States District Judge