1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA              2:12-CV-00705-TLN-DAD

12          Plaintiff,

13     v.                                STIPULATION AND ORDER FOR
                                         DISMISSAL WITH PREJUDICE OF REAL
                                         PROPERTY LOCATED AT 10940 FAIR
14 REAL PROPERTY LOCATED AT 149 G        OAKS BOULEVARD, FAIR OAKS,
   STREET, LINCOLN, CALIFORNIA, PLACER   CALIFORNIA; CERTIFICATE OF
15 COUNTY, APN: 008-266-015-000, INCLUDING REASONABLE CAUSE
   ALL APPURTENANCES AND
16 IMPROVEMENTS THERETO, et al.,

17          Defendants.

18

19      It is hereby stipulated by and between the United States of America and claimants Volen

20 Properties 7, LLC and U.S. Bank National Association, as Trustee for the Registered Holders of WaMu

21 Commercial Mortgage Securities Trust 2007-SL3, Commercial Mortgage Pass-Through Certificates,

22 Series 2007-SL3, by and through their respective counsel of record, as follows:

23      1.     The pending action against only the real property located at 10940 Fair Oaks Boulevard,

24 Fair Oaks, California, Sacramento County, APN: 244-0344-013-0000 ("defendant real property"), shall

25 be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The

26 effective date of the dismissal shall be the date of the foreclosure sale initiated by U.S. Bank National

27

28

                                    1

1  Association, as Trustee[1].

2      2.     The parties are to bear their own costs and attorney fees.

3      3.     The parties agree that the Court's receiver for the defendant real property, Brandon Scott,

4  shall be discharged effective as of the date of the foreclosure sale (as anytime continued/adjourned).

5  Brandon Scott shall submit his final report within 90 days after the foreclosure sale.

6      4.     There was probable cause for the posting of the defendant real property, and for the

7  commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of

8  Reasonable Cause pursuant to 28 U.S.C. § 2465.

9      5.     The parties agree that, within seven days after entry of this Order, the United States shall

10  send a Notice of Withdrawal of Lis Pendens for the defendant real property to the county recorder.  Upon

11  request from U.S. Bank National Association, as Trustee, or its successors or assigns (or any of their

12  respective representatives or agents), the United States shall execute and record additional documents or

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  _____

[1] U.S. Bank National Association, as Trustee, has initiated foreclosure of its mortgage lien pursuant to California law, and the foreclosure sale is set to occur December 15, 2014 (such sale may anytime be continued or adjourned and, if the sale is continued/adjourned, the effective date of the dismissal hereunder shall be the continued/adjourned sale date).

28

2

take such other actions as are necessary to remove any remaining cloud on title caused by the recording

of the Notice of Lis Pendens by the United States against the defendant real property.

Dated:  12/10/14

BENJAMIN B. WAGNER
United States Attorney


By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


Dated:  12/9/14

/s/ Wesley Hurst
WESLEY HURST
Attorney for U.S. Bank National Association


Dated:  12/8/14

/s/ Courtney J. Linn
COURTNEY J. LINN
Attorney for Volen Properties 7, LLC

(Signatures authorized by email)


        IT IS SO ORDERED.

Dated:  December 18, 2014

Troy L. Nunley
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

        Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed March 20, 2012,

and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of

Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the

defendant real property located at 10940 Fair Oaks Boulevard, Fair Oaks, California, Sacramento

County, APN: 244-0344-013-0000, and for the commencement and prosecution of this forfeiture action.


DATED:  December 18, 2014

Troy L. Nunley
United States District Judge

Stipulation and Order for Dismissal