UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ETC, ET AL.<br><br>    Defendants. | CASE NO.    2:12-cv-00705-TLN-DB<br><br>**ORDER GRANTING MOTION FOR ORDERS:**<br><br>**(1)    APPROVING OF RECEIVER'S FINAL REPORT AND ACCOUNTING;**<br>**(2)    APPROVING OF RECEIVER'S FINAL FEES AND EXPENSES;**<br>**(3)    DISCHARGING RECEIVER;**<br>**(4)    EXONERATING RECEIVER'S BOND; AND**<br>**(5)    RATIFYING ACTS OF RECEIVER** |

The Motion of Plaintiff Mechanics Bank ("Bank" or "Plaintiff"):  (1) Approving of Receiver's Final Report and Accounting; (2) Approving of Receiver's Final Fees and Expenses; (3) Discharging Receiver; (4) Exonerating Receiver's Bond; and (5) Ratifying Acts of Receiver (the "Motion") came on regularly for hearing on June 2, 2016, in the above entitled Court.  Appearances were as noted in the Record.

This Court, having considered the pleadings and papers timely filed herein, the oral argument of the parties and all parties listed on the Proof of Service of the Motion filed concurrently herewith having received due and proper notice of the Motion and good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Final Accounting (as that term is defined in the Motion) is hereby

ratified and approved in all respects.

2. The Receiver's compensation, fees and expenses through the termination of the Receiver's duties as set forth in the Final Accounting are hereby ratified and approved in all respects.

3. John Connolly IV shall be discharged as Receiver.

4. The undertaking filed by the Receiver in the amount of $15,000.00 issued by Liberty Mutual Insurance Company and filed on September 16, 2015 shall be exonerated.

5. The Receiver shall be relieved from any liability to all owners and tenants located at the Property (as that term is defined in the Motion).

6. On or before 10 business days have elapsed from the date of the entry of this Order, Mechanics Bank shall pay to the Receiver $3,769.25 as a full and final payment of all of the Receiver's compensation, fees and expenses.

7. The Receiver did not control all or substantially all of the assets of Defendant Volen Properties 9, LLC and the Receiver shall not prepare a federal or state income tax returns for the receivership estate.

8. The acts, transactions, forbearances and decisions of the Receiver and/or his agents and representatives, are approved and were appropriate and were in the best interest of the receivership estate and the parties to the above entitled action and are ratified.

9. The Receiver shall (i) have no obligation or further liability, responsibility for any assets of the receivership estate or any claims or rights which may arise in connection with those assets, and (ii) have no further liability or obligation to the Bank or any of the persons or entities identified in Exhibit 1 to the Notice of Motion.

IT IS SO ORDERED.

Dated: August 16, 2016

_____
Troy L. Nunley
United States District Judge

PRINTED ON RECYCLED PAPER
SF 2133830v2