PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00705-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO APPOINT SUCCESSOR RECEIVER; ORDER |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

## I. INTRODUCTION

This Court previously appointed Dave Flemmer as a receiver to manage and liquidate several real properties forfeited by Bart Volen based on their connection to Volen's fraud against the United Auburn Indian Community (UAIC). *See* ECF No. 151. Mr. Flemmer successfully sold several of the forfeited properties, but two properties have yet to be resolved.[1] As more fully explained in another case in this district where Mr. Flemmer served as a trustee involving funds held in constructive trust, (United States v. Wilson, Case 2:08-CR-00114), Mr. Flemmer suddenly passed away three weeks ago.

---

[1] The unsold properties are: (1) 149 G Street, Lincoln, California, APN: 008-266-015-000, and (2) 1199 Pacific Highway, Unit 406, San Diego, California, APN: 533-471-12-27.

1

Request for Appointment of Successor Receiver; Order

In Wilson, this Court appointed Robert C. Greeley, an experienced bankruptcy receiver with an accounting background, as successor trustee to Mr. Flemmer and Mr. Greeley will complete the disbursement of funds held in constructive trust to victims. *See* ECF No. 325 (Wilson). The United States similarly seeks the appointment of Mr. Greeley as successor receiver to Mr. Flemmer in this case so that Mr. Greeley can manage and liquidate the remaining properties forfeited from Bart Volen.

This forfeiture case was resolved pursuant to a stipulation between the parties, which Bart Volen executed as part of his plea agreement in the companion criminal case, United States v. Bart Volen, et al., 2:12-CR-00294-TLN.

## II. REQUEST

The United States seeks to continue Mr. Flemmer's scope of appointment for Mr. Greeley's successor role. On October 18, 2016, this Court entered the final judgment of forfeiture and ordered that "the Receiver shall be authorized to do the following regarding the defendant properties":

    a. Consult and coordinate with existing tenants, accept rental payments, and enter into leasehold agreements for continued tenancy;

    b. Coordinate and hire vendors to provide maintenance, common area upkeep, and yard maintenance;

    c. Interview prospective tenants and enter into leasehold agreements;

    d. Consult and coordinate with county tax officials and any local entities regarding applicable property taxes, levies, penalties, or HOA dues;

    e. Coordinate and obtain any insurance required to preserve the value of the real properties, to include general liability and rental insurance;

    f. Order appraisals, consult with valuation professionals, and take other necessary and reasonable steps to properly value the real properties. The Receiver and the appraiser may have access to the defendant properties and structures, buildings, or storage sheds thereon upon 24 hours' telephonic notice;

    g. List the defendant properties for sale and have the sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and have the sole authority over the marketing and sale of the defendant properties; and

    h. The Receiver and/or the IRS shall deduct their costs incurred to

date of close of escrow, including the cost of posting, service, advertising, and maintenance from the net proceeds after payment of the costs associated with selling each property, unpaid property taxes, and any liens or judgments owed prior to recording of Lis Pendens. The United States may pay any such lien or encumbrance at its sole discretion.

ECF No, 151.

The United States seeks the same powers for Mr Greeley in the instant case, with one expansion: the United States seeks to expand the scope of Mr. Greeley's appointment to permit access to the bank accounts Mr. Flemmer used in connection with the management and sale of the properties forfeited from Volen. The United States Attorney's Office understands that access is currently blocked and a court order will facilitate the unblocking of the account.

Mr. Greeley's resume and representative matters are attached as Exhibit A.

Dated: 4/7/17                 PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
      KEVIN C. KHASIGIAN
      Assistant U.S. Attorney

## ORDER

Mr. Robert Greeley is HEREBY APPOINTED as successor receiver to manage and liquidate the properties forfeited from Bart Volen.

    a. Consult and coordinate with existing tenants, accept rental payments, and enter into leasehold agreements for continued tenancy;

    b. Coordinate and hire vendors to provide maintenance, common area upkeep, and yard maintenance;

    c. Interview prospective tenants and enter into leasehold agreements;

    d. Consult and coordinate with county tax officials and any local entities regarding applicable property taxes, levies, penalties, or HOA dues;

    e. Coordinate and obtain any insurance required to preserve the

3
Request for Appointment of Successor Receiver; Order

value of the real properties, to include general liability and rental insurance;

  f. Order appraisals, consult with valuation professionals, and take other necessary and reasonable steps to properly value the real properties. The Receiver and the appraiser may have access to the defendant properties and structures, buildings, or storage sheds thereon upon 24 hours' telephonic notice;

  g. List the defendant properties for sale and have the sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and have the sole authority over the marketing and sale of the defendant properties; and

  h. The Receiver and/or the IRS shall deduct their costs incurred to date of close of escrow, including the cost of posting, service, advertising, and maintenance from the net proceeds after payment of the costs associated with selling each property, unpaid property taxes, and any liens or judgments owed prior to recording of Lis Pendens. The United States may pay any such lien or encumbrance at its sole discretion.

  i. The Receiver shall have access to the trust accounts used by Receiver David Flemmer to manage and liquidate the properties forfeited from Bart Volen, as set forth in the Final Order of Forfeiture dated October 18, 2016.

SO ORDERED THIS 18th day of April, 2017.

_____
Troy L. Nunley
United States District Judge

4

Request for Appointment of Successor Receiver; Order