1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00705-TLN-DB |
| Plaintiff, | |
| v. | ORDER APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING TO THE COURT |
| REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

Upon consideration of the Receiver's Final Report and Accounting to the Court (the "Report") and the Declaration of Robert C. Greeley, IT IS ORDERED THAT:

1. The Receiver's Final Report and Accounting are APPROVED,

2. The Receiver's fees and expenses are APPROVED as reasonable and necessary, and

3. The Proposed Distribution of the $3,657.50 to the Receiver and $43,454.84 to the Internal Revenue Service (subject to a bank wire charge of $50) are APPROVED.

IT IS SO ORDERED:

Dated: March 14, 2019

_____
Troy L. Nunley
United States District Judge

1