1   McGREGOR W. SCOTT
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700

5   Attorneys for the United States

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA                    2:12-CV-00705-TLN-DB

12              Plaintiff,

13          v.                                  ORDER TERMINATING APPOINTMENT
                                                OF SUCCESSOR RECEIVER
14  REAL PROPERTY LOCATED AT 149 G
    STREET, LINCOLN, CALIFORNIA, PLACER
15  COUNTY, APN: 008-266-015-000, INCLUDING
    ALL APPURTENANCES AND
16  IMPROVEMENTS THERETO, et al.,

17              Defendants.

18

19

20          This matter comes before the Court on the United States of Americas's *ex parte* application for

21  an order terminating appointment of Robert C. Greeley as Successor Receiver in this action.  Upon the

22  application of the United States, the Court makes the following orders:

23          1.      Robert C. Greeley's appointment as Successor Receiver in this action is hereby

24  terminated.

25          2.      The Successor Receiver has filed his Final Report to the Court and the Court has

26  approved disbursement of the remaining funds.  Upon disbursing the remaining funds, there are no

27  ///

28                                          1

other services required from Mr. Greeley.

SO ORDERED.

Dated: March 28, 2019

Troy L. Nunley
United States District Judge